IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00602-BNB

MANUEL GALARZA TAPIA,
RAMON CARRILLO GOMEZ,
TRINIDAD MAGANA,
JOSE LUIS FLORES HERNANDEZ, and
RAMON M. ORNELAS,

    Plaintiffs,

v.

ZACK MASON, d/b/a ZACH MASON FARMS,

    Defendant.

---

ORDER GRANTING PLAINTIFFS LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

---

Plaintiffs, Manuel Galarza Tapia, Ramon Carrillo Gomez, Trinidad Magana, Jose Luis Flores Hernandez, and Ramon M. Ornelas, have filed individual motions and affidavits for leave to proceed pursuant to 28 U.S.C. § 1915 and a complaint. The motions and affidavits indicate that Plaintiffs should be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor.

The motion submitted to and filed with the Court on March 18, 2010, in which counsel notified the court that each Plaintiff did in fact submit a properly signed 28 U.S.C. § 1915 motion, will be granted. To the extent the March 16, 2010, order directed Plaintiffs to cure deficiencies in the 28 U.S.C. § 1915 motions, the order will be vacated. Accordingly it is

ORDERED that the motions and affidavits for leave to proceed pursuant to 28 U.S.C. § 1915 are granted. It is

FURTHER ORDERED that the motion submitted to and filed with the court on March 18, 2010 (Doc. #8), in which counsel notified the Court that each Plaintiff did in fact submit a properly signed 28 U.S.C. § 1915 motion, is granted. It is

FURTHER ORDERED that to the extent the March 16, 2010, order directed Plaintiffs to cure deficiencies in their 28 U.S.C. § 1915 motions, the order is vacated. It is

FURTHER ORDERED that the Court review the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine if the complaint is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

DATED March 22, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00602-BNB

Jenifer C. Rodriguez
Colorado Legal Services
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/22/10

GREGORY C. LANGHAM, CLERK

By _____
       Deputy Clerk