IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00602-BNB

MANUEL GALARZA TAPIA,
RAMON CARRILLO GOMEZ,
TRINIDAD MAGANA,
JOSE LUIS FLORES HERNANDEZ, and
RAMON M. ORNELAS,

   Plaintiffs,

v.

ZACK MASON, d/b/a ZACH MASON FARMS,

   Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 24 2010

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED March 24, 2010, at Denver, Colorado.

            BY THE COURT:

            s/ Boyd N. Boland
            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00602-BNB

Jenifer C. Rodriguez
Colorado Legal Services
**DELIVERED ELECTRONICALLY**


I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/24/10

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk