**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 10-cv-00602-RPM

MANUEL GALARZA TAPIA,
RAMON CARRILLO GOMEZ,
TRINIDAD MAGANA,
JOSE LUIS FLORES HERNANDEZ, and
RAMON M. ORNELAS,

    Plaintiffs,
v.

ZACK MASON, d/b/a ZACH MASON FARMS,

    Defendant.

_____

**ORDER GRANTING MOTION TO AMEND FIRST AMENDED COMPLAINT**
_____

    Pursuant to the Unopposed Motion to Amend the First Amended Complaint [28], filed on November 19, 2010, it is

    ORDERED that the Unopposed Motion is granted and the Second Amended Complaint attached thereto is accepted for filing.

    Dated: November 22nd, 2010

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Hon. Richard P. Matsch
                                      United States Senior District Court Judge